PAYROLL BY: **BenefitMall**

F9124.ELX

```
QUECO     20(dept)    25403(count)      9(seq)
                                        0(job)
MENDELSOHN,DANIEL J.
37 WOODRIDGE LANE
SEA CLIFF,NY                   11579
```

| A QUEST CORPORATION | | | | 60864 MENDELSOHN, DANIEL J | | | | |
|---|---|---|---|---|---|---|---|---|
| 159 42ND STREET | | | | CLOCK NO/IDENT. | EMPLOYEE NAME | | 09/07/15 | |
| BROOKLYN, NY 11232 | | | | MARRIED | 0 | 20 | 950 | 25403 | -09/13/15 | 09/16/15 |
| 718-965-4866 | | | | MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO. | PAY PERIOD | CHECK DATE |

| EARNINGS STATEMENT THIS PAY | | | | DEDUCTIONS THIS PAY | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | EARNINGS | | | GROSS PAY | 7,211.52 |
| | | | | | | FEDERAL GROSS | 7,211.52 |
| EXPENSE | | | 9.79 | FEDERAL TAX | 398.00 | FEDERAL TAX | 1,194.00 |
| SALARY | | | 2,403.84 | F.I.C.A. TAX | 183.89 | F.I.C.A. TAX | 551.67 |
| | | | | STATE TAX (NY ) | 144.01 | STATE TAX | 432.03 |
| | | | | SUI/DIS/FLI TAX | .60 | SUI/DIS/FLI TAX | 1.80 |
| | | | | | | DIRECT DEPOSIT | |
| TOTALS | | | 2,413.63 | | | NET PAY | 1,687.13 |

---

TO VERIFY THE AUTHENTICITY OF THIS CHECK, RUB OR BREATHE ON THE OVAL; COLOR WILL DISAPPEAR, THEN REAPPEAR

A QUEST CORPORATION                                               No. 25403
159 42ND STREET
BROOKLYN, NY 11232                                                50-791/214
718-965-4866

                        DATE: 09/16/15              PAYROLL CHECK

PAY  ------------- NON-NEGOTIABLE DIRECT DEPOSIT  ----------      NET PAY

TO THE ORDER OF    MENDELSOHN,DANIEL J.                      * * * * * * * * * * * *
                   37 WOODRIDGE LANE
                   SEA CLIFF,NY
                             11579

CAPITAL ONE BANK

                                                        AUTHORIZED SIGNATURE
MP

(Back of check — endorsement area with "ENDORSE HERE", "DO NOT WRITE, SIGN/STAMP/BELOW THIS LINE", "DEPOSITORY BANK ENDORSEMENT", "TRANSIT ENDORSEMENT", and security feature legend listing Heat Sensitive Ink, Copy Void Pantograph, and Micro-Printing MP.)



PAYROLL BY: **BenefitMall**

```
QUECO      20(dept)    25512(count)      9(seq)
                                         0(job)
MENDELSOHN,DANIEL J.
37 WOODRIDGE LANE
SEA CLIFF,NY                    11579
```

| A QUEST CORPORATION | 60864 MENDELSOHN,DANIEL J | | | | | |
|---|---|---|---|---|---|---|
| 159 42ND STREET | CLOCK NO/IDENT.  EMPLOYEE NAME | | | | | 09/21/15 |
| BROOKLYN, NY 11232 | MARRIED | 0 | 20 | 950 | 25512 | -09/27/15 | 09/30/15 |
| 718-965-4866 | MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO. | PAY PERIOD | CHECK DATE |

| EARNINGS STATEMENT THIS PAY | | | | DEDUCTIONS THIS PAY | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | EARNINGS | | | GROSS PAY | 12,019.20 |
| SALARY | | | 2,403.84 | | | FEDERAL GROSS | 12,019.20 |
| | | | | FEDERAL TAX | 398.00 | FEDERAL TAX | 1,990.00 |
| | | | | F.I.C.A. TAX | 183.89 | F.I.C.A. TAX | 919.46 |
| | | | | STATE TAX (NY ) | 144.01 | STATE TAX | 720.05 |
| | | | | SUI/DIS/FLI TAX | .60 | SUI/DIS/FLI TAX | 3.00 |
| | | | | | | DIRECT DEPOSIT | |
| TOTALS | | | 2,403.84 | | | NET PAY | 1,677.34 |

TO VERIFY THE AUTHENTICITY OF THIS CHECK, RUB OR BREATHE ON THE OVAL; COLOR WILL DISAPPEAR, THEN REAPPEAR

A QUEST CORPORATION                                                No. 25512
159 42ND STREET
BROOKLYN, NY 11232                                                 50-791/214
718-965-4866

                                DATE: 09/30/15                    PAYROLL CHECK

PAY  ------------- NON-NEGOTIABLE DIRECT DEPOSIT ----------       NET PAY

TO THE ORDER OF    MENDELSOHN,DANIEL J.                           *************
                   37 WOODRIDGE LANE
                   SEA CLIFF,NY
                        11579

CAPITAL ONE BANK
                                                                  AUTHORIZED SIGNATURE
MP

Listed below are the security features provided on this Check

**SECURITY FEATURE** — **RESULTS OF CHECK ALTERATION**

Heat Sensitive Ink: The oval printed on the face of this check will react to heat. Follow the warning band instructions.

Copy Void Pantograph: Copier reproduction will expose the word void.

Micro-Printing MP: Small type on the face of this document is used to make the line at the bottom of the check. This line will appear blurred if copied or scanned.

Absence of these features may indicate alteration

TRANSIT ENDORSEMENT

DO NOT WRITE, SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE HERE
X

F9124.ELX

PAYROLL BY: **BenefitMall**

```
QUECO      20(dept)    25583(count)      9(seq)
                                         0(job)
MENDELSOHN,DANIEL J.
37 WOODRIDGE LANE
SEA CLIFF,NY              11579
```

A QUEST CORPORATION
159 42ND STREET
BROOKLYN, NY 11232
718-965-4866

60864 MENDELSOHN,DANIEL J
CLOCK NO/IDENT.   EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 0 | 20 | 950 | 25583 | 09/28/15 -10/04/15 | 10/07/15 |

| EARNINGS STATEMENT THIS PAY | | | | DEDUCTIONS THIS PAY | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | EARNINGS | | | GROSS PAY | 14,423.04 |
| | | | | | | FEDERAL GROSS | 14,423.04 |
| EXPENSE | | | 9.79 | FEDERAL TAX | 398.00 | FEDERAL TAX | 2,388.00 |
| SALARY | | | 2,403.84 | F.I.C.A. TAX | 183.89 | F.I.C.A. TAX | 1,103.35 |
| | | | | STATE TAX (NY ) | 144.01 | STATE TAX | 864.06 |
| | | | | SUI/DIS/FLI TAX | .60 | SUI/DIS/FLI TAX | 3.60 |
| | | | | | | DIRECT DEPOSIT | |
| TOTALS | | | 2,413.63 | | | NET PAY | 1,687.13 |

---

TO VERIFY THE AUTHENTICITY OF THIS CHECK, RUB OR BREATHE ON THE OVAL; COLOR WILL DISAPPEAR, THEN REAPPEAR

A QUEST CORPORATION
159 42ND STREET
BROOKLYN, NY 11232
718-965-4866

No. 25583
50-791/214

DATE: 10/07/15            PAYROLL CHECK

PAY ------------ NON-NEGOTIABLE DIRECT DEPOSIT ---------            NET PAY

TO THE ORDER OF   MENDELSOHN,DANIEL J.                             ************
                 37 WOODRIDGE LANE
                 SEA CLIFF,NY
                      11579

CAPITAL ONE BANK

AUTHORIZED SIGNATURE

MP

ENDORSE HERE

X

DO NOT WRITE, SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

TRANSIT ENDORSEMENT

Listed below are the security features provided on this Check

| SECURITY FEATURE | RESULTS OF CHECK ALTERATION |
| --- | --- |
| Heat Sensitive Ink: | The oval printed on the face of this check will react to heat. Follow the warning band instructions. |
| Copy Void Pantograph: | Copier reproduction will expose the word void. |
| Micro-Printing MP: | Small type on the face of this document is used to make the line at the bottom of the check. This line will appear blurred if copied or scanned. |

Absence of these features may indicate alteration